WYNNE S. CARVILL, CA BAR NO. 076019
CHRISTOPHER BAKER, CA BAR NO. 181557
PATRICK M. RYAN, CA BAR NO. 203215
CHAD DEVEAUX, CA BAR NO. 215482
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant ROBERT KEMP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWORDS TO PLOWSHARES,<br><br>         Plaintiff,<br><br>  v.<br><br>ROBERT KEMP,<br><br>         Defendant. | Case No.: C01-5459-MJJ<br><br>**DEFENDANT ROBERT KEMP'S REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>**Date:** April 23, 2002<br>**Time:** 9:30 a.m.<br>**Place:** Courtroom 11<br>**Judge:** Hon. Martin J. Jenkins<br><br>**Complaint Filed:** December 28, 2001<br>**Amend. Comp. Filed:** January 31, 2002 |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #646976 v2

DEFENDANT ROBERT KEMP'S
REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

# REPLY IN SUPPORT OF MOTION TO DISMISS

## LANDLORD DID NOT PROPERLY PLEAD COMPLIANCE WITH THE APPLICABLE FEDERAL REGULATIONS

In its opposition, Landlord asserts that by merely stating in its Amended Complaint that it provided Mr. Kemp notice "in compliance with state and federal law," that it sufficiently plead the *facts* required to evict Mr. Kemp. (Opposition 3:1-4; quoting First Amend. Comp. 5:1-3.) This is incorrect: Landlord's allegation is merely a legal conclusion and does not constitute *facts* sufficient to survive a motion to dismiss:

> Conclusory allegations or *legal conclusions masquerading as factual conclusions will not suffice to prevent a motion to dismiss*. While facts must be accepted as alleged, this does not automatically extend to bald assertions, subjective characterizations, or legal conclusions.

(*General Motors Corp. v. The New A.C. Chevrolet, Inc*. (3d. Cir. 2001) 263 F.3d 296, 333, emphasis added.)

Landlord's assertions that its service complied with the applicable Federal and California law amounts to a mere legal conclusion; thus Landlord has not adequately set forth a claim upon which relief may be granted.

Dated: April 9, 2002

                                                  THELEN REID & PRIEST LLP
WYNNE S. CARVILL
CHRISTOPHER BAKER
PATRICK M. RYAN
CHAD DEVEAUX

By    /s/ Chad DeVeaux
       CHAD DEVEAUX
Attorneys for Defendant
ROBERT KEMP